**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| IN RE: ADOPTION OF: S.A.W., A MINOR | : | No. 102 MAL 2018 |
| | : | |
| | : | |
| PETITION OF: K.L.W., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| | | |
| IN RE: ADOPTION OF: J.M.W., A MINOR | : | No. 103 MAL 2018 |
| | : | |
| | : | |
| | : | |
| PETITION OF: K.L.W., MOTHER | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2018, the Petition for Allowance of Appeal is **DENIED**.